# Exhibit 2

<u>**PLAINTIFF'S CALCULATION OF DAMAGES**</u>

**FOR SETTLEMENT PURPOSES ONLY**

*Jessica Johnson v. Strategic Financial Solutions, LLC, et al.*
Case No. 20-cv-8565 (S.D.N.Y.)

**For Plaintiff Jessica Johnson**

**<u>Assumptions:</u>**

    Date of Hire:           3/12/2012
    Date of Termination:  4/14/2020
    Date of Complaint:   10/14/2020

    Salary of Plaintiff:         $58,500 per annum
                                    $1,125.00 per week (= $58,500 ÷ 52 weeks)
    Salary of Male Equivalent:  $73,716 per annum
                                        $1,417.62 per week (= $73,716 ÷ 52 weeks)
    Difference in Salary:      $15,216 per annum
                                        $292.62 (= $15,216 ÷ 52 weeks)

**<u>Unpaid Wages Due to Sex-Based Wage Discrimination:</u>**
Period: 10/14/2014 – 4/14/2020 (6 years SOL under the NYEPA)
    = 2010 days
    = 287.14 weeks

    Unpaid Wages:
    (Difference in Weekly Salary) × (Number of Weeks)
        = $292.62 × 287.14 weeks
        = **<u>$84,022.91</u>**

**<u>Liquidated Damages:</u>**
100 % of Total Unpaid Wages
    Liquidated Damages = **<u>$84,022.91</u>**

**TOTAL DAMAGES:**    **$168,045.82**
                                  (excludes legal fees, costs, and interest)