# Exhibit 3

## SUMMARY OF ATTORNEYS' FEES AND COSTS

*Attorneys' Fees*

| Name | Position | Rate | Billable Hours | Subtotal |
|---|---|---|---|---|
| Angela Kwon | Partner | $400.00 | 72.3 | $ 28,920.00 |
| William Brown | Partner | $400.00 | 27.0 | $ 10,800.00 |
| | | **TOTAL** | **99.3** | **$ 39,720.00** |

*Costs*

| Date | Description | Amount |
|---|---|---|
| 10/14/20 | SDNY – ECF Filing Fee | $ 400.00 |
| | **TOTAL** | **$ 400.00** |

**Case:** Johnson v. Strategic Financial Solutions LLC       **Timekeeper:** Angela Kwon

| Date | Description | Time |
|---|---|---|
| 08/07/20 | Analyzed case documents/information | 0.2 |
| ″ | Drafted complaint | 1.2 |
| 08/11/20 | Drafted complaint | 4.1 |
| 08/12/20 | Corresponded with Jessica re complaint | 0.1 |
| ″ | Prepared for and attended conference call with Jessica re complaint | 1.0 |
| ″ | Revised complaint | 0.8 |
| 08/19/20 | Corresponded with Jessica to schedule conference call re complaint | 0.1 |
| 08/20/20 | Corresponded with Jessica to reschedule conference call re complaint | 0.1 |
| 08/21/20 | Prepared for and attended conference call with Jessica re complaint | 0.7 |
| 08/24/20 | Corresponded with Jessica re complaint | 0.4 |
| ″ | Revised complaint | 0.1 |
| 08/25/20 | Corresponded with Jessica re complaint | 0.1 |
| 08/26/20 | Corresponded with Jessica re complaint | 0.1 |
| 08/27/20 | Conducted research on prior litigation history | 0.2 |
| ″ | Emailed prior defense counsel | 0.1 |
| 09/04/20 | Corresponded with prior defense counsel | 0.1 |
| ″ | Corresponded with Jessica re status update | 0.1 |
| 09/08/20 | Corresponded with Jessica re status update | 0.2 |
| 09/16/20 | Emailed prior defense counsel | 0.1 |
| ″ | Corresponded with in-house counsel ML | 0.3 |
| ″ | Corresponded with Jessica re status update | 0.1 |
| 09/18/20 | Corresponded with in-house counsel ML re arbitration agreement | 0.1 |
| ″ | Corresponded with Jessica re status update | 0.1 |
| 09/22/20 | Corresponded with in-house counsel ML | 0.1 |
| 09/24/20 | Corresponded with in-house counsel ML | 0.2 |
| 09/28/20 | Emailed in-house counsel to schedule conference call | 0.1 |
| ″ | Corresponded with Jessica to schedule call | 0.1 |
| ″ | Call with Jessica re arbitration agreement | 0.2 |
| 10/02/20 | Corresponded with in-house counsel ML | 0.2 |
| ″ | Corresponded with Jessica re status update | 0.1 |
| 10/05/20 | Call with Jessica re status update | 0.1 |
| ″ | Corresponded with in-house counsel to schedule conference call | 0.1 |
| 10/06/20 | Corresponded with Jessica re status update | 0.1 |
| ″ | Prepared for and attended conference call with in-house counsel ML | 0.5 |
| ″ | Call with Jessica re status update | 0.2 |
| 10/13/20 | Revised and finalized complaint | 1.0 |
| ″ | Emailed Jessica re status update and revised complaint | 0.3 |
| 10/14/20 | Open case and filed complaint on ECF | 0.5 |
| ″ | Prepared and filed summonses and civil cover sheet | 0.6 |
| ″ | Corresponded with Jessica re filed complaint | 0.1 |
| 10/15/20 | Emailed in-house counsel ML re filed complaint | 0.1 |
| 10/16/20 | Corresponded with Jessica re arbitration agreement | 0.2 |
| 10/19/20 | Corresponded with Jessica to schedule call | 0.1 |

| | | |
|---|---|---|
| " | Analyzed arbitration agreement | 0.4 |
| " | Call with Jessica re arbitration agreement | 0.5 |
| " | Corresponded with in-house counsel ML re arbitration agreement | 0.2 |
| 10/20/20 | Call with Jessica re arbitration agreement | 0.2 |
| " | Analyzed arbitration agreement | 0.2 |
| " | Corresponded with in-house counsel ML re arbitration agreement | 0.1 |
| 10/21/20 | Corresponded with opposing counsel LJ re in-person inspection | 0.2 |
| " | Call with Jessica re meeting for in-person inspection | 0.1 |
| 10/22/20 | Corresponded with opposing counsel LJ re in-person inspection | 0.1 |
| 10/23/20 | Corresponded with opposing counsel LJ re in-person inspection | 0.1 |
| " | Call with Jessica re arbitration agreement | 0.1 |
| " | Corresponded with Jessica re in-person inspection | 0.1 |
| 10/29/20 | Call with Jessica re status update | 0.2 |
| " | Prepared stipulation re waiver of service of process and defendants' time to respond to complaint | 0.2 |
| " | Corresponded with opposing counsel LJ/ML re stipulation | 0.1 |
| " | Finalized and filed stipulation of ECF | 0.1 |
| 10/30/20 | Corresponded with opposing counsel LJ re Court Order | 0.1 |
| 11/18/20 | Corresponded with opposing counsel LJ re letter to Court | 0.1 |
| 11/19/20 | Analyzed defendants' letter re motion to compel arbitration | 0.3 |
| " | Call with Jessica re defendants' letter re motion to compel arbitration | 0.3 |
| " | Prepared exhibits to letter-response re motion to compel arbitration | 1.5 |
| 11/23/20 | Reviewed and revised letter-response re motion to compel arbitration | 2.2 |
| " | Finalized exhibits to letter-response | 0.5 |
| " | Corresponded with Jessica re letter-response | 0.1 |
| 12/03/20 | Corresponded with Jessica re court conference re arbitration agreement | 0.2 |
| " | Call with Jessica re court conference re arbitration agreement | 0.3 |
| " | Corresponded with opposing counsel LJ and SDNY mediator PE to schedule conference call | 0.1 |
| 12/04/20 | Corresponded with opposing counsel LJ and mediator PE re scheduling SDNY mediation | 0.1 |
| " | Prepared for and attended court conference re arbitration agreement | 1.5 |
| " | Call with Jessica re status update and SDNY mediation | 0.4 |
| " | Prepared for and attended conference call with opposing counsel LJ and mediator PE re SDNY mediation | 0.4 |
| 12/08/20 | Corresponded with opposing counsel LJ to schedule conference call re SDNY mediation | 0.1 |
| 12/10/20 | Prepared for and attended conference call with opposing counsel LJ re SDNY mediation | 0.3 |
| 12/14/20 | Corresponded with opposing counsel LJ re stipulation | 0.2 |
| 12/17/20 | Corresponded with Jessica re SDNY mediation | 0.2 |
| 12/18/20 | Corresponded with Jessica re document production for SDNY mediation | 0.2 |
| " | Call with Jessica re document production for SDNY mediation | 0.2 |
| " | Corresponded with opposing counsel LJ re documents for mediation | 0.1 |

| Date | Description | Hours |
|---|---|---|
| 12/21/20 | Analyzed defendants' documents production | 3.7 |
| " | Prepared calculation of damages | 2.1 |
| " | Call with Jessica calculation of damages | 0.4 |
| " | Corresponded with opposing counsel LJ re documents for mediation | 0.3 |
| 01/04/21 | Analyzed defendants' document production | 2.2 |
| " | Drafted position statement for SDNY mediation | 4.8 |
| 01/05/21 | Drafted position statement for SDNY mediation | 0.9 |
| " | Prepared exhibits to position statement for SDNY mediation | 0.5 |
| " | Corresponded with SDNY mediator PE re position statement | 0.1 |
| 01/06/21 | Corresponded with Jessica re SDNY mediation | 0.1 |
| " | Analyzed defendants' document production and prepared for mediation | 2.5 |
| " | Call with Jessica re defendants' documents and mediation | 0.5 |
| 01/07/21 | Prepared for and attended mediation | 6.0 |
| " | Call with Jessica re settlement | 0.2 |
| " | Corresponded with Jessica re settlement | 0.3 |
| 01/08/21 | Call with Jessica re settlement | 0.3 |
| 01/10/21 | Corresponded with opposing counsel LJ to scheduled conference call re settlement | 0.1 |
| " | Prepared for and attended conference call with opposing counsel LJ re settlement | 0.4 |
| 01/11/21 | Call with Jessica re settlement | 0.2 |
| " | Corresponded with opposing counsel LJ re settlement | 0.1 |
| " | Drafted letter informing the Court of settlement in principle | 0.2 |
| " | Attended conference call with opposing counsel LJ re letter to Court | 0.1 |
| " | Corresponded with opposing counsel LJ re settlement | 0.1 |
| " | Finalized and filed letter to Court re settlement in principle | 0.1 |
| 01/12/21 | Drafted settlement agreements | 3.2 |
| 01/13/21 | Drafted settlement agreements | 0.6 |
| " | Drafted letter-motion for settlement approval | 4.5 |
| " | Corresponded with opposing counsel LJ re settlement agreements | 1.0 |
| 01/14/21 | Corresponded with opposing counsel LJ to schedule conference call | 0.1 |
| " | Prepared for and attended conference call with opposing counsel LJ re settlement | 0.4 |
| " | Corresponded with opposing counsel LJ re settlement | 0.2 |
| 01/15/21 | Corresponded with opposing counsel LJ re settlement | 0.1 |
| " | Call with Jessica re settlement | 0.1 |
| 01/25/21 | Corresponded with opposing counsel LJ re settlement | 0.1 |
| 01/26/21 | Analyzed Defendants' revisions to settlement agreements | 0.2 |
| " | Corresponded with opposing counsel LJ to schedule conference call | 0.1 |
| " | Revised settlement agreements | 0.5 |
| 01/27/21 | Analyzed Defendants' revisions to settlement agreements | 0.1 |
| " | Attended conference call with opposing counsel LJ re settlement | 0.3 |
| " | Corresponded with opposing counsel LJ re settlement | 0.2 |
| " | Revised settlement agreements | 0.4 |
| " | Drafted letter-motion for settlement approval | 1.2 |

| | | |
|---|---|---|
| ″ | Call with Jessica re settlement agreements | 0.5 |
| 01/28/21 | Corresponded with Jessica re settlement | 0.1 |
| ″ | Revised settlement agreements | 0.3 |
| ″ | Prepared exhibit to settlement agreements (stipulation of dismissal) | 0.1 |
| ″ | Corresponded with opposing counsel LJ re settlement | 0.2 |
| 02/01/21 | Corresponded with Jessica re settlement | 0.1 |
| 02/03/21 | Revised letter-motion for settlement approval | 0.1 |
| ″ | Corresponded with opposing counsel LJ re letter-motion for approval | 0.1 |
| 02/05/21 | Prepared exhibits to letter-motion for approval | 1.7 |
| 02/08/21 | Call with Jessica re settlement agreements | 0.1 |
| ″ | Prepared exhibits to letter-motion for approval | 0.3 |
| 02/09/21 | Corresponded with opposing counsel LJ re settlement agreements | 0.2 |
| ″ | Corresponded with Jessica re settlement agreements | 0.4 |
| 02/10/21 | Finalized letter-motion for settlement approval | 1.0 |
| **Subtotal** | | **72.3** |

**Case:** Johnson v. Strategic Financial Solutions LLC        **Timekeeper:** William Brown

| Date | Description | Time |
|---|---|---|
| 07/08/20 | Initial consultation with client | 0.7 |
| 07/09/20 | Email correspondence with client | 0.3 |
| 07/28/20 | Email correspondence with client re: status update | 0.2 |
| 08/08/20 | Email correspondence with client re: status update | 0.1 |
| 08/12/20 | Reviewed draft Complaint | 0.5 |
| 08/12/20 | Prepared for and attended conference call with client re: Complaint | 1.0 |
| 08/24/20 | Corresponded with client re: Complaint | 0.4 |
| 08/28/20 | Reviewed email to prior defense counsel | 0.1 |
| 09/04/20 | Reviewed email to defense counsel | 0.1 |
| 09/16/20 | Reviewed email to defense counsel | 0.1 |
| 09/16/20 | Discussion with AK re: case status | 0.5 |
| 09/28/20 | Call with client re: arbitration agreement | 0.2 |
| 10/06/20 | Discussion with AK re: conference with in-house counsel | 0.5 |
| 10/13/20 | Reviewed finalized Complaint | 0.6 |
| 10/16/20 | Analyzed arbitration agreement | 1.0 |
| 10/16/20 | Corresponded with client re: arbitration agreement | 0.2 |
| 10/19/20 | Reviewed email from client re: arbitration agreement issues | 0.5 |
| 10/20/20 | Email correspondence to client re: arbitration agreement | 0.6 |
| 10/20/20 | Research re: NYSHRL amendments | 0.5 |
| 10/21/20 | Corresponded with defense counsel L. Joseph re: in-person inspection | 0.2 |
| 10/29/20 | Discussion with AK re: arbitration agreement and status | 0.5 |
| 11/19/20 | Reviewed Defendants' pre-motion letter re: motion to compel | 0.5 |
| 11/20/20 | Research re: opposition compel arbitration | 1.3 |
| 11/21/20 | Prepared draft response letter to Defendants' pre-motion letter | 3.7 |
| 11/23/20 | Call with client re: response letter to Defendants' pre-motion letter | 0.1 |
| 11/23/20 | Finalized and filed response letter to Defendants' pre-motion letter | 0.9 |
| 12/03/20 | Call with client re: arbitration agreement and court conference | 0.3 |
| 12/04/20 | Prepared for and attended court conference re: arbitration agreement | 1.5 |
| 12/04/20 | Call with client re: status update | 0.4 |
| 12/10/20 | Conference call with defense counsel L. Joseph re: mediation | 0.3 |
| 01/05/21 | Reviewed SDNY mediation statement | 0.9 |
| 01/06/21 | Reviewed mediation document productions | 1.0 |
| 01/07/21 | Attended mediation session | 5.0 |
| 01/10/21 | Conference call with defense counsel L. Joseph re: settlement | 0.4 |
| 01/11/21 | Call with client re settlement | 0.2 |
| 01/13/21 | Reviewed settlement documents | 1.3 |
| 01/19/21 | Discussion with AK re: settlement status | 0.4 |
| **Subtotal** | | **27.0** |

**Pay.gov Payment Confirmation: NEW YORK SOUTHERN DISTRICT COURT**

do_not_reply@psc.uscourts.gov <do_not_reply@psc.uscourts.gov>
Wed 10/14/2020 3:33 PM
**To:** Angela Kwon <akwon@bkllawyers.com>

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Helpdesk at 212-805-0800.

Account Number: 5739546
Court: NEW YORK SOUTHERN DISTRICT COURT
Amount: $400.00
Tracking Id: ANYSDC-22134053
Approval Code: 09653G
Card Number: ************2217
Date/Time: 10/14/2020 03:33:21 ET


NOTE: This is an automated message. Please do not reply