UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JESSICA JOHNSON,
*on behalf of herself and others similarly situated,*

               Plaintiff,

  - against -

STRATEGIC FINANCIAL SOLUTIONS, LLC,
RYAN SASSON, DANIEL BLUMKIN,
and KIMBERLY CELIC,

               Defendants.

Case No: 20-cv-8565

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

---

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Jessica Johnson and Defendants Strategic Financial Solutions, LLC, Ryan Sasson, Daniel Blumkin, and Kimberly Celic, acting by means of their respective counsel, that the above-captioned action is voluntarily dismissed, with prejudice, against all Defendants, and without any award of fees or costs to any party, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

**For Plaintiff:**

By: ___/s/___
Angela Kwon, Esq.
Brown, Kwon & Lam, LLP
521 Fifth Avenue, 17th Floor
New York, NY 10175
Tel.: (718) 971-0326
Fax: (718) 795-1642
akwon@bkllawyers.com
*Attorneys for Plaintiff*

Date: 2/9/21

**For Defendants:**

By: ___/s/___
Linda H. Joseph, Esq.
Schroder, Joseph & Associates, LLP
392 Pearl Street, Suite 301
Buffalo, NY 14202
Tel.: (716) 881-4902
Fax: (716) 881-4909
ljoseph@sjalegal.com
*Attorneys for Defendants*

Date: 2/9/21

**SO ORDERED.**

_____
Hon. Katherine Polk Failla, U.S.D.J.

Date: _____